1
2
3
4
5
6
7

O

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11   DEMARCUS GIVAN,                    )   Case No.  CV 15-8163-BRO (KK)
                                        )
12                  Petitioner,         )   ORDER ACCEPTING FINAL
                                        )   REPORT AND
13          v.                          )   RECOMMENDATION OF UNITED
                                        )   STATES MAGISTRATE JUDGE
14   KELLY SANTORO,                     )
                                        )
15                  Respondent.         )
                                        )
16                                      )
                                        )
17   _____   )

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ

19   of Habeas Corpus, Report and Recommendation of the United States Magistrate

20   Judge, Final Report and Recommendation of the United States Magistrate Judge,

21   and other records on file.  The Court has engaged in a de novo review of those

22   portions of the Report and Recommendation of the United States Magistrate Judge

23   to which Petitioner has objected.  The Court accepts the Final the Report and

24   Recommendation of the United States Magistrate Judge.

25   ///

26   ///

27   ///

28   ///

1

1    IT IS THEREFORE ORDERED that Judgment be entered: (1) dismissing

2   the Petition for a Writ of Habeas Corpus as a mixed petition; and (2) dismissing

3   this action without prejudice.

4

5

6   DATED: January 14, 2016    _____

7                              HONORABLE BEVERLY REID O'CONNELL
                               UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28