JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEMARCUS GIVAN, | ) | Case No. CV 15-8163-BRO (KK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| KELLY SANTORO, | ) | |
| Respondent. | ) | |

In accordance with the Order Accepting Final Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED the Petition is dismissed as a mixed petition and this action is dismissed without prejudice.

DATED: January 14, 2016   _____

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE

1